**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| CRAIG SCHNAPPINGER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NORDVPN S.A., and TEFINCOM S.A. d/b/a NORDVPN,<br><br>Defendants. | Case No. 1:26-cv-00982-AJT-WEF |

**JOINT MOTION REQUESTING A STAY OF ALL PROCEEDINGS PENDING SETTLEMENT**

Pursuant to Local Civil Rule 7(F)(2) and the Federal Rules of Civil Procedure, Plaintiff Craig Schnappinger and Defendants NordVPN S.A. and Tefincom S.A. d/b/a NordVPN ("Nord") (collectively, the "Parties") respectfully submit this joint motion requesting an extension of time to respond to Plaintiff's Complaint and stay of all proceedings in this action, including all deadlines, for a period of ninety (90) days while the Parties finalize a settlement agreement. In support hereof, the Parties respectfully show:

1. On April 10, 2026, Plaintiff filed the putative Class Action Complaint in this matter. ECF No. 1.

2. Nord executed Waivers of the Service of Summons. ECF Nos. 2 & 3.

3. The due date for Nord's answer or motion under Rule 12 is 60 days from April 10, 2026, which is June 9, 2026.

4. On April 10, 2026, the Parties participated in a full-day mediation before Marc Isserles, Esq.

5. During that mediation, the Parties reached an agreement in principle to resolve this matter (and others).

6. The agreement was memorialized in a Memorandum of Understanding executed on April 14, 2026, which sets forth the material terms of the settlement and establishes a timeline for completion of the settlement process. Pursuant to that agreement, the Parties intend to file a motion for preliminary approval of the settlement within ninety (90) days of the mediation, i.e., by July 13, 2026.

7. The Parties are currently working diligently to finalize the terms of a comprehensive settlement agreement and supporting documents necessary for preliminary approval, including class notice materials and related filings.

8. In light of the Parties' agreement in principle and ongoing efforts to finalize settlement, continuing litigation—including discovery, motion practice, and other pretrial deadlines—would impose unnecessary burden and expense on the Parties and the Court.

9. A temporary stay of all proceedings will conserve judicial resources and allow the Parties to focus on finalizing the settlement.

10. The Parties therefore respectfully request that the Court stay all proceedings in this matter for ninety (90) days, including answer or motion under Rule 12, up through and including September 7, 2026 which will allow substantial progress toward finalizing the settlement.

11. The Parties will promptly notify the Court upon execution of a final settlement agreement and will thereafter submit appropriate filings, including any motion for preliminary approval, if applicable.

12. If the Parties are unable to finalize the settlement within the requested stay period, they will submit a joint status update to the Court prior to the expiration of the stay.

**CONCLUSION**

For the foregoing reasons, the Parties respectfully request that the Court stay all proceedings in this matter, including all deadlines and scheduled events, for ninety (90) days, through September 7, 2026, and direct the Parties to submit a joint status report by that date.

Dated: May 20, 2026

Respectfully submitted,

*/s/ David Hilton Wise*
David Hilton Wise, VSB No. 30828
Dylan Scout Graham, VSB No. 100051
Robert D. Witte, VSB No. 97294
**WISE LAW FIRM, PLC**
10640 PAGE AVENUE, SUITE 320
FAIRFAX, VA 22030
Tel: (703) 934-6377
Fax: (703) 934-6379
dwise@wiselaw.pro
dgraham@wiselaw.pro
rwitte@wiselaw.pro

**BRYSON, HARRIS, SUCIU, & DEMAY, PLLC**
Scott C. Harris*
900 W. MORGAN STREET
RALEIGH, NORTH CAROLINA 27603
Tel: (919) 600-5000
Fax: (919) 600-5035
sharris@brysonpllc.com

**WITTELS MCINTURFF PALIKOVIC**
J. Burkett McInturff*
305 BROADWAY, 7TH FLOOR
NEW YORK, NEW YORK 10007
Tel: (914) 775-8862
Fax: (914) 775-8862
jbm@wittelslaw.com

* *Motion for pro hac vice admission forthcoming*

*Counsel for Plaintiff and the Proposed Classes*

/s/ *Michael C. Bleicher*
Michael.bleicher@zwillgen.com
**ZWILLGEN PLLC**
1900 M St. NW #250
Washington, DC 20036
Telephone: (202) 706-5239
Fax: (202) 706-5298

*Attorneys for Defendants NORDVPN S.A. and TEFINCOM S.A.*