**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| CRAIG SCHNAPPINGER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NORDVPN S.A., and TEFINCOM S.A. d/b/a NORDVPN,<br><br>Defendants. | Case No. 1:26-cv-00982-AJT-WEF |

**[PROPOSED] ORDER GRANTING JOINT MOTION REQUESTING A STAY OF ALL PROCEEDINGS PENDING SETTLEMENT**

Upon consideration of the Parties' Joint Motion Requesting a Stay of All Proceedings Pending Settlement and for good cause shown, it is hereby ORDERED that:

1. The Joint Motion Requesting a Stay of All Proceedings Pending Settlement is GRANTED.
2. The Court is advised that the Parties have reached an agreement in principle and are working to finalize settlement.
3. All proceedings in this action are STAYED for ninety (90) days, including all deadlines and scheduled events, through and including September 7, 2026.
4. Defendants' deadline to file an answer or otherwise respond to the Complaint, currently due June 9, 2026, is EXTENDED through and including September 7, 2026.
5. The parties shall file a joint status report on or before September 7, 2026.

IT IS SO ORDERED.

Dated: ________________________

________________________________
Honorable Anthony J. Trenga
United States District Judge